## FOURTH DEPARTMENT, OCTOBER, 1973

### (October 18, 1973)

In the Matter of RICHARD J. ADAMS, Respondent, v. NEW YORK STATE CIVIL SERVICE COMMISSION, Appellant.— Judgment unanimously affirmed, with costs. (See *Matter of Wolff* v. *Hudson*, 285 N. Y. 197.) (Appeal from judgment of Seneca Trial Term, reinstating petitioner in article 78 proceeding.) Present -- Del Vecchio, J. P., Marsh, Cardamone, Simons and Henry, JJ.

In the Matter of JAMES F. WILCOX, Respondent, v. CITY OF BUFFALO COMMON COUNCIL, Appellant.— Judgment unanimously affirmed, with costs upon the opinion at Special Term. (Appeal from judgment of Erie Special Term, directing issuance of license in article 78 proceeding.) Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Henry, JJ.

In the Matter of STEWART M. LEVY et al., Respondents, v. STANLEY M. MAKOWSKI, as Mayor of the City of Buffalo, et al., Appellants.— Order unanimously affirmed, without costs, upon the opinion at Special Term. (Order entered Oct. 16, 1973.) (Appeal from judgment of Erie Special Term, annulling ordinance and prohibiting acceptance of nomination for City Court Judge.) Present — Goldman, P. J., Marsh, Moule, Cardamone and Simons, JJ.